UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
NEWMARKETS PARTNERS, LLC et al.,

             Plaintiffs,

             -against-

SAL. OPPENHEIM JR. & CIE et al.,

             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

08 Civ. 4213 (WHP)

UNSEALING & SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

       Counsel for Plaintiffs and Defendants Sal Oppenheim Jr. & Cie. S.A.C. and CAM Private Equity Consulting & Verwaltungs GmbH having appeared for a July 11, 2008 conference, the following is established on consent: (1) the Clerk of Court is directed to unseal all filings in this action; and (2) this Court will hold an initial pre-trial conference on September 5, 2008 at 10:00 a.m. Counsel for Plaintiffs is directed to serve copies of this Order upon any parties who have not appeared through counsel and retain proof of such service.

Dated: July 28, 2008
       New York, New York

                      SO ORDERED:

                      WILLIAM H. PAULEY III
                      U.S.D.J.

*Counsel of record:*

Bernard Daskal, Esq.
Lynch, Daksal Emery LLP
264 West 40th Street
New York, NY 10018
*Counsel for Plaintiffs*

James P. Tallon, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
*Counsel for Defendants Sal Oppenheim jr., & Cie S.C.A. and CAM Private Equity Consulting & Verwaltungs GmbH*