UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

**NEWMARKETS PARTNERS LLC,**
    In its own capacity and derivatively,
    As a limited partner in, in the right, and
        For the benefit of:
    CAM NEWMARKETS PARTNERS LP, and
**TOMOKO TATARA,**
    Derivatively as a member, and
        For the benefit of:
    NEWMARKETS PARTNERS LLC,
    In the right and for the benefit of
    CAM NEWMARKETS PARTNERS LP,

                Plaintiffs,

        -against-

**SAL. OPPENHEIM JR & CIE. S.C.A,**
**CAM PRIVATE EQUITY CONSULTING &**
    **VERWALTUNGS GmbH**, and
**BVT BERATUNGS-, VERWALTUNGS- UND**
    **TREUHANDGESELLSCHAFT FUR**
    **INTERNATIONALE VERMOGENS-**
    **ANLAGEN MBH,**

                Defendants.

------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, NEWMARKETS PARTNERS LLC (a non-governmental corporate party) states that it does not have a parent corporation and no publicly held corporation owns more than 10% of its stock.

Dated: New York, New York
       April 30, 2008

LYNCH DASKAL EMERY LLP
Attorneys for Plaintiff NewMarket Parners LLC

By: _____
    Bernard Daskal (BD-9263)
    264 West 40th Street
    New York, New York 10018
    (212) 302-2400

    and

    Farkas + Toikka LLP
    1101 30th Street, NW, Suite 500
    Washington, DC 20007