AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

NEWMARKETS PARTNERS LLC and
TOMOKO TATARA

**SUMMONS IN A CIVIL ACTION**

V.

SAL. OPPENHEIM JR. & CIE. S.C.A.,
CAM PRIVATE EQUITY CONSULTING &
VERWALTUNGS GmbH, and
BVT BERATUNGS-, VERWALTUNGS- UND
TREUHANDGESELLSCHAFT FÜR INTERNATIONALE
VERMÖGENSANLAGEN MBH

CASE NUMBER: 08-CV-4213

TO: (Name and address of Defendant)

CAM PRIVATE EQUITY CONSULTING & VERWALTUNGS GmbH
Zeppelinstrasse 4-8
D-50667 Cologne, Germany

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bernard Daskal, Esq.
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

MAY 02 2008

DATE

LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018

Attorneys for Plaintiffs Newmarkets Partners LLC and Tomoko Tatara

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
**NEWMARKETS PARTNERS LLC,**
    In its own capacity and derivatively,
    As a limited partner in, in the right, and
        For the benefit of:
    CAM NEWMARKETS PARTNERS LP,
and
**TOMOKO TATARA,**
    Derivatively as a member, and
        For the benefit of:
    NEWMARKETS PARTNERS LLC,
    In the right and for the benefit of
    CAM NEWMARKETS PARTNERS LP,

              Plaintiffs,

              -against-

**SAL. OPPENHEIM JR & CIE. S.C.A,
CAM PRIVATE EQUITY CONSULTING &
   VERWALTUNGS GmbH,** and
**BVT BERATUNGS-, VERWALTUNGS-
UND TREUHANDGESELLSCHAFT FUR
INTERNATIONALE VERMOGENS-
ANLAGEN MBH,**

              Defendants.
------------------------------------------------------------X

Civil Action No.: 4213/08

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

        CHIMELOZONAM ELI ALLAGOA, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and I reside at 140 W.111th Street, Apt. #3, New York, NY 10026.

2. On the 8th day of May, 2008, I served a copy of the within **SUMMONS AND COMPLAINT** by UPS Worldwide Express to the addressed as follows:

**CAM Private Equity Consulting &
Verwaltungs-GmbH
Zepplinstrasse 4-8
D-50667 Colgne, Germany
Attn: Rolf Wickenkamp, Executive Partner**

_____
CHIMELOZONAM ELI ALLAGOA

Sworn to before me this
8th day of May, 2008

_____
Notary Public

ADAM E. DEUTSCH
Notary Public, State of New York
No. 02DE6172059
Qualified in Kings County
Commission Expires August 6, 2011

≋AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  May 8, 2008 |
| NAME OF SERVER (PRINT)  Chimelozonam Allagoa | TITLE  Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
Pursuant to parties Agreement, via International Courier (UPS Worldwide Express)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/8/08
           Date
           Signature of Server

140 W. 11th Street Apt #3 New York, NY 10026
           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | About UPS | Contact UPS | Site Guide



**UPS Germany**
Changing Languages

**Shipping**  Tracking  **Freight**  **Locations**  **Support**  **Business Solutions**

**Tracking**

Log-In   User ID: czeliger   Password:   | Forgot Password     Register

- **Track Shipments**
  - Track by Reference
  - Track by E-mail
  - Signature Tracking
  - Import Tracking Numbers
  - SMS Tracking
  - Track with Quantum View
  - Access Flex Global View
  - Integrate Tracking Tools
  - Help

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

## Track Shipments

Track Packages & Freight   Quantum View   Flex Global View

**Tracking Summary**                                                      Printer Friendly | Help

| | |
|---|---|
| **Tracking Number:** | 1Z 1FV 968 66 9329 494 3 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 13/05/2008 9:25 |
| Delivered To: | KOELN, DE |
| Signed By: | SIEMON |
| Service: | EXPRESS |

Tracking results provided by UPS: 22/07/2008 16:12  ET

Printer Friendly

**NOTICE:** UPS authorises you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Preferences | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Terms and Conditions of Carriage

LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018

Attorneys for Plaintiffs Newmarkets Partners LLC and Tomoko Tatara

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**NEWMARKETS PARTNERS LLC,**
   In its own capacity and derivatively, :    Civil Action No.: 4213/08
   As a limited partner in, in the right, and
      For the benefit of:
   CAM NEWMARKETS PARTNERS LP, :    **AFFIDAVIT OF SERVICE**
and
**TOMOKO TATARA,**
   Derivatively as a member, and
      For the benefit of:
   NEWMARKETS PARTNERS LLC,
   In the right and for the benefit of
   CAM NEWMARKETS PARTNERS LP,

               Plaintiffs,

               -against-

**SAL. OPPENHEIM JR & CIE. S.C.A,**
**CAM PRIVATE EQUITY CONSULTING &**
   **VERWALTUNGS GmbH,** and
**BVT BERATUNGS-, VERWALTUNGS-**
**UND TREUHANDGESELLSCHAFT FUR**
**INTERNATIONALE VERMOGENS-**
**ANLAGEN MBH,**

               Defendants.
------------------------------------------------------------X
STATE OF NEW YORK   )
                          ) ss.:
COUNTY OF NEW YORK  )

       CHIMELOZONAM ELI ALLAGOA, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and I reside at 140 W.111th Street, Apt. #3, New York, NY 10026.

2.  On the 7th day of May, 2008, I served a copy of the within **SUMMONS AND COMPLAINT** by UPS Worldwide Express to the addressed as follows:

**CAM Private Equity Consulting &
Verwaltungs-GmbH
Zepplinstrasse 4-8
D-50667 Colgne, Germany
Attn: Eberhard Witt, CFO**

CHIMELOZONAM ELI ALLAGOA

Sworn to before me this
7th day of May, 2008

Notary Public

ADAM E. DEUTSCH
Notary Public, State of New York
No. 02DE6172059
Qualified in Kings County
Commission Expires August 6, 20__

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE May 7, 2008 |
| NAME OF SERVER (PRINT) Chimelozonam Allagoa | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

Pursuant to parties Agreement, via International Courier (UPS Worldwide Express)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/7/08
             Date

Signature of Server

140 W. 111th Street Apt #3 New York, NY 10026
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | About UPS | Contact UPS | Site Guide





**UPS Germany**
Changing Languages

**Shipping | Tracking | Freight | Locations | Support | Business Solutions**

Log-In  User ID: czeliger   Password:  ☐ | Forgot Password    [Register]

**Tracking**

**Track Shipments**
 Track by Reference
 Track by E-mail
 Signature Tracking
 Import Tracking Numbers
 SMS Tracking
 Track with Quantum View
 Access Flex Global View
 Integrate Tracking Tools
 Help

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

## Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Summary**                                          Printer Friendly 🖨 | Help ❓

| | |
|---|---|
| Tracking Number: | 1Z 1FV 968 66 9958 081 9 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ❓ |
| Delivered On: | 09/05/2008 9:30 |
| Delivered To: | KOELN, DE |
| Signed By: | SIEMONS |
| Service: | EXPRESS |

Tracking results provided by UPS: 22/07/2008 16:08 ET

Printer Friendly 🖨

**NOTICE:** UPS authorises you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Preferences | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Terms and Conditions of Carriage