AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

NEWMARKETS PARTNERS LLC and
TOMOKO TATARA

                                           SUMMONS IN A CIVIL ACTION

V.

SAL. OPPENHEIM JR. & CIE. S.C.A.,
CAM PRIVATE EQUITY CONSULTING &            CASE NUMBER: 08-CV-4213
VERWALTUNGS GmbH, and
BVT BERATUNGS-, VERWALTUNGS-, UND
TREUHANDGESELLSCHAFT FÜR INTERNATIONALE
VERMÖGENSANLAGEN MBH


TO: (Name and address of Defendant)

    SAL. OPPENHEIM JR. & CIE. S.C.A
    444 Madison Avenue
    New York, New York 10022


YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Bernard Daskal, Esq.
    LYNCH DASKAL EMERY LLP
    264 West 40th Street
    New York, New York 10018


an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


J. MICHAEL McMAHON                              MAY 02 2008

CLERK                                           _____
                                                DATE

_____
(By) DEPUTY CLERK

LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018

Attorneys for Plaintiffs Newmarkets Partners LLC and Tomoko Tatara

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

NEWMARKETS PARTNERS LLC,                              :
    In its own capacity and derivatively,           :   Civil Action No.: 4213/08
    As a limited partner in, in the right, and      :
        For the benefit of:                      :
    CAM NEWMARKETS PARTNERS LP,                      :   **AFFIDAVIT OF SERVICE**
and                                                  :
**TOMOKO TATARA,**                                   :
    Derivatively as a member, and                   :
        For the benefit of:                      :
    NEWMARKETS PARTNERS LLC,                         :
    In the right and for the benefit of             :
    CAM NEWMARKETS PARTNERS LP,                      :
                                                     :
                Plaintiffs,     :
                                                     :
            -against-                     :
                                                     :
**SAL. OPPENHEIM JR & CIE. S.C.A,**                  :
**CAM PRIVATE EQUITY CONSULTING &**                  :
**   VERWALTUNGS GmbH,** and                      :
**BVT BERATUNGS-, VERWALTUNGS-**                     :
**UND TREUHANDGESELLSCHAFT FUR**                     :
**INTERNATIONALE VERMOGENS-**                        :
**ANLAGEN MBH,**                                     :
                                                     :
             Defendants.    :
-------------------------------------------------------------- X
STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK  )

        CHIMELOZONAM ELI ALLAGOA, being duly sworn, deposes and says:

    1.     I am not a party to this action, am over 18 years of age, and I reside at 140 W.111th Street, Apt. #3, New York, NY 10026.

2.    On the 9th day of May, 2008, I served a copy of the within **SUMMONS AND COMPLAINT** by UPS Worldwide Express to the addressed as follows:

**SAL. OPPENHEIM JR. & CIE SECURITIES S.C.A**
**4, RUE JEAN MONNET**
**2180 LUXEMBOURG, LUXEMBOURG**

<u>CHIMELOZONAM ELI ALLAGOA</u>

Sworn to before me this
9th day of May, 2008

Notary Public

LAWRENCE G. LEE
Notary Public, State of New York
No. 02LE6155200
Qualified in New York County
Commission Expires November 6, 20/0



Home | About UPS | Contact UPS | Site Guide



**UPS Luxembourg**
Changing Languages

**Shipping**  **Tracking**  **Freight**  **Support**  **Business Solutions**

Log-In  User ID:  czeliger    Password:    | Forgot Password    **Register**

**Tracking**

**Track Shipments**
  Track by Reference
  Track by E-mail
  Signature Tracking
  Import Tracking Numbers
  SMS Tracking
Access Flex Global View
Integrate Tracking Tools
Help

# Track Shipments

**Track Packages & Freight    Flex Global View**

**Tracking Summary**                          Printer Friendly | Help

| | |
|---|---|
| **Tracking Number:** | 1Z 1FV 968 66 9213 717 8 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 13/05/2008 9:58 |
| Delivered To: | LUXEMBOURG, LU |
| Signed By: | GUTH |
| Service: | EXPRESS |

Tracking results provided by UPS: 22/07/2008 16:06  ET

Printer Friendly

**NOTICE:** UPS authorises you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Support | Business Solutions | About UPS | Contact UPS | Register | Manage Email Preferences | Site Guide | Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Terms and Conditions of Carriage

LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018

Attorneys for Plaintiffs Newmarkets Partners LLC and Tomoko Tatara

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

**NEWMARKETS PARTNERS LLC,**              :
    In its own capacity and derivatively,   :  Civil Action No.: 4213/08
    As a limited partner in, in the right, and  :
      For the benefit of:              :
    CAM NEWMARKETS PARTNERS LP,      :  **AFFIDAVIT OF SERVICE**
and                                        :
**TOMOKO TATARA,**                         :
    Derivatively as a member, and       :
      For the benefit of:              :
    NEWMARKETS PARTNERS LLC,         :
    In the right and for the benefit of    :
    CAM NEWMARKETS PARTNERS LP,      :
                      :
             Plaintiffs,       :
                        :
          -against-               :
                        :
**SAL. OPPENHEIM JR & CIE. S.C.A,**        :
**CAM PRIVATE EQUITY CONSULTING &** :
  **VERWALTUNGS GmbH,** and             :
**BVT BERATUNGS-, VERWALTUNGS-**           :
**UND TREUHANDGESELLSCHAFT FUR**           :
**INTERNATIONALE VERMOGENS-**              :
**ANLAGEN MBH,**                           :
                        :
            Defendants.     :
-------------------------------------------------------------- X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK  )

        CHIMELOZONAM ELI ALLAGOA, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and I reside at 140 W.111th Street, Apt. #3, New York, NY 10026.

2.      On the 9th day of May, 2008, I served a copy of the within **SUMMONS AND COMPLAINT** by UPS Worldwide Express to the addressed as follows:

**SAL. OPPENHEIM JR. & CIE SECURITIES S.C.A**
**BOÎTE POSTALE 714**
**2017 LUXEMBOURG, LUXEMBOURG**

CHIMELOZONAM ELI ALLAGOA

Sworn to before me this
9th day of May, 2008

Notary Public

LAWRENCE G. LEE
Notary Public, State of New York
No. 02LE6155200
Qualified in New York County
Commission Expires November 6, 20_/0



Home | About UPS | Contact UPS | Site Guide





**UPS Luxembourg**
Changing Languages

Shipping   **Tracking**   Freight   Support   Business Solutions

Log-In   User ID: czellger   Password: [        ] [Go] | Forgot Password   [Register]

## Tracking

**Track Shipments**
  Track by Reference
  Track by E-mail
  Signature Tracking
  Import Tracking Numbers
  SMS Tracking
Access Flex Global View
Integrate Tracking Tools
Help

# Track Shipments

**Track Packages & Freight    Flex Global View**

**Tracking Summary**                                    Printer Friendly 🖨 | Help 🗖

| | |
|---|---|
| **Tracking Number:** | 1Z 1FV 968 66 9447 875 2 |
| | ➔ View package progress |
| Type: | Package |
| Status: | **Delivered** 🗖 |
| Delivered On: | 13/05/2008 |
| | 9:58 |
| Delivered To: | LUXEMBOURG,  LU |
| Signed By: | GUTH |
| Service: | EXPRESS |

Tracking results provided by UPS:  22/07/2008 16:07  ET

Printer Friendly 🖺

**NOTICE:** UPS authorises you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Support | Business Solutions | About UPS | Contact UPS | Register | Manage Email Preferences | Site Guide |
Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Terms and Conditions of Carriage

LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018

Attorneys for Plaintiffs Newmarkets Partners LLC and Tomoko Tatara

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

NEWMARKETS PARTNERS LLC,                                  :
    In its own capacity and derivatively,             :    Civil Action No.: 4213/08
    As a limited partner in, in the right, and        :
        For the benefit of:                       :
    CAM NEWMARKETS PARTNERS LP,                 :    **AFFIDAVIT OF SERVICE**
and                                                        :
**TOMOKO TATARA,**                                         :
    Derivatively as a member, and                    :
        For the benefit of:                       :
    NEWMARKETS PARTNERS LLC,                     :
    In the right and for the benefit of               :
    CAM NEWMARKETS PARTNERS LP,                 :

                Plaintiffs,        :

            -against-                       :

**SAL. OPPENHEIM JR & CIE. S.C.A,**                        :
**CAM PRIVATE EQUITY CONSULTING &**                   :
    **VERWALTUNGS GmbH,** and                       :
**BVT BERATUNGS-, VERWALTUNGS-**                       :
**UND TREUHANDGESELLSCHAFT FUR**                      :
**INTERNATIONALE VERMOGENS-**                          :
**ANLAGEN MBH,**                                           :

             Defendants.            :
------------------------------------------------------------ X

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

      CHIMELOZONAM ELI ALLAGOA, being duly sworn, deposes and says:

    1.     I am not a party to this action, am over 18 years of age, and I reside at 140 W.111th Street, Apt. #3, New York, NY 10026.

2.     On the 8th day of May, 2008, I served a copy of the within **SUMMONS AND COMPLAINT** by UPS Worldwide Express to the addressed as follows:

**SAL. OPPENHEIM JR. & CIE SECURITIES S.C.A**
**4, RUE JEAN MONNET**
**2017 LUXEMBOURG, LUXEMBOURG**

CHIMELOZONAM ELI ALLAGOA

Sworn to before me this
8th day of May, 2008

Notary Public

ADAM E. DEUTSCH
Notary Public, State of New York
No. 02DE6172059
Qualified in Kings County
Commission Expires August 6, 20__/

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *May 8, 2008* | |
| NAME OF SERVER *(PRINT)* *Chimelozonam Allagoa* | TITLE *Paralegal* | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):

*Pursuant to parties Agreement, via International Courier (UPS Worldwide Express)*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___*5/8/08*___        _____
                    Date                    Signature of Server

                    *140 W. 111th Street Apt #3 New York, NY 10026*
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.