UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**NEWMARKETS PARTNERS LLC,**
    In its own capacity and derivatively,
    As a limited partner in, in the right, and
      For the benefit of:
    CAM NEWMARKETS PARTNERS LP,

**TOMOKO TATARA,**
    Individually and derivatively as a member,
    And for the benefit, of:
    NEWMARKETS PARTNERS, LLC,
    In the right and for the benefit of
    CAM NEWMARKETS PARTNERS LP,
        Plaintiffs,

    vs.

**SAL. OPPENHEIM JR. & CIE. S.C.A.**

**CAM PRIVATE EQUITY CONSULTING**
   **& VERWALTUNGS GmbH,**

**BVT BERATUNGS-, VERWALTUNGS-**
   **UND TREUHANDGESELLSCHAFT**
   **FÜR INTERNATIONALE VERMÖGENS-**
   **ANLAGEN MBH,** and

**MARIE-FRANCE MATHES,**

        Defendants.
-----------------------------------------------------------------X

Case No. 08 CV 4213 (WHP)

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

    Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, I, Bernard Daskal, a member of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | L. Peter Farkas |
| Firm Name: | Farkas + Toikka LLP |
| Address: | 1101 30th Street, N.W., Suite 500 |
| City/State/Zip: | Washington, D.C. 20007 |
| Telephone/Fax: | (202) 337-7200/(202) 337-7808 |
| Email Address: | lpf@farkastoikka.com |

Mr. Farkas is a member in good standing of the Bars of the State of New York and the District of Columbia. There are no pending disciplinary proceedings against L. Peter Farkas in any State or Federal court.

Dated: July 28, 2008  
New York, New York

Respectfully submitted,

_____  
Bernard Daskal (BD-9265)  
LYNCH DASKAL EMERY LLP  
264 West 40th Street  
New York, New York 10018  
(212) 302-2400  
*Attorneys for Plaintiffs Newmarkets Partners LLC and Tomoko Tatara*

TO: James P. Tallon, Esq.  
SHEARMAN & STERLING LLP  
599 Lexington Avenue  
New York, NY 10022  
*Attorneys for Defendants Sal. Oppenheim, jr. & Cie, S.C.A., and CAM Private Equity Consulting Verwaltungs GmbH*

BVT Beratungs-, Verwaltungs- und Treuhandgesellschaft  
für Internationale Vermögensanlagen mbH  
Leopoldstrasse 7  
80802 Munich, Germany

Marie-France Mathes  
2853 Brandywine Street NW  
Washington D.C. 20008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| **NEWMARKETS PARTNERS LLC,**<br>    In its own capacity and derivatively,<br>    As a limited partner in, in the right, and<br>        For the benefit of:<br>    CAM NEWMARKETS PARTNERS LP,<br>**TOMOKO TATARA,**<br>    Individually and derivatively as a member,<br>        And for the benefit of:<br>    NEWMARKETS PARTNERS LLC,<br>    In the right and for the benefit of<br>    CAM NEWMARKETS PARTNERS LP,<br><br>                                    Plaintiffs,<br><br>            -against-<br><br>**SAL. OPPENHEIM JR & CIE. S.C.A,**<br>**CAM PRIVATE EQUITY CONSULTING &**<br>    **VERWALTUNGS GmbH,**<br>**BVT BERATUNGS-, VERWALTUNGS- UND**<br>    **TREUHANDGESELLSCHAFT FUR**<br>    **INTERNATIONALE VERMOGENS-**<br>    **ANLAGEN MBH,** and<br>**MARIE-FRANCE MATHES,**<br><br>                                    Defendants. | 08 CV 4213 (WHP)<br><br>**AFFIDAVIT OF BERNARD DASKAL, ESQ.**<br>**IN SUPPORT OF MOTION TO ADMIT**<br>**COUNSEL PRO HAC VICE** |

------------------------------------------------------------X

State of New York      )
                       ) ss:
County of New York     )

Bernard Daskal, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of Lynch Daskal Emery LLP, counsel for Plaintiffs in the above-captioned action, whose office is located at 264 West 40th Street, New York, New York 10018.

2. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit L. Peter Farkas as counsel pro hac vice to represent Plaintiffs in this matter.

3. I am a member in good standing of the Bars of the States of New York and New Jersey and of the Bar of the District of Columbia.

4. I am also admitted to practice before the United States District Court for the Eastern District of New York, the United States District Court for the District of New Jersey, and am in good standing with this Court.

5. I have known L. Peter Farkas since January 2008.

6. Mr. Farkas is a member of the law firm of Farkas + Toikka LLP, 1101 30th Street, N.W., Suite 500, Washington, D.C. 20007.

7. Mr. Farkas is a member of the Bars of the State of New York and the District of Columbia. Certificates of Good Standing from New York and the District of Columbia are attached hereto as Exhibits A and B, respectively.

8. I certify that Mr. Farkas is a skilled attorney of good moral character.

9. I respectfully submit a proposed order granting the admission of L. Peter Farkas, *pro hac vice*, which is attached hereto as Exhibit C.

10. WHEREFORE, I respectfully request that the Court enter an order admitting L. Peter Farkas *pro hac vice* as counsel for Newmarkets Partners LLC and Tomoko Tatara and permitting Mr. Farkas to appear on its behalf for all purposes in the

matter captioned above, including but not limited to appearing on behalf of on its behalf to argue any and all motions and hearings in this matter and any other matters before this Court related to the case captioned above.

Dated: July 28, 2008
New York, New York

Sworn to before me
this __ th Day of July, 2008

_____
Notary Public

Respectfully submitted,

_____
Bernard Daskal (BD-9263)
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
(212) 302-2400
*Attorneys for Plaintiffs Newmarkets Partners LLC and Tomoko Tatara*

TO:   James P. Tallon, Esq.
      SHEARMAN & STERLING LLP
      599 Lexington Avenue
      New York, NY 10022

      *Attorneys for Defendants Sal. Oppenheim, jr. & Cie, S.C.A., and CAM Private Equity Consulting Verwaltungs GmbH*

      BVT Beratungs-, Verwaltungs- und Treuhandgesellschaft
      für Internationale Vermögensanlagen mbH
      Leopoldstrasse 7
      80802 Munich, Germany

      Marie-France Mathes
      2853 Brandywine Street NW
      Washington D.C. 20008

3

# SUPREME COURT OF
# THE STATE OF NEW YORK
# APPELLATE DIVISION, FOURTH DEPARTMENT
# ROCHESTER, NEW YORK

I, JOANN M. WAHL, Clerk of the Appellate Division of the Supreme Court in the Fourth Judicial Department, State of New York, do hereby certify that

## *L. PETER FARKAS*

was duly admitted to practice as an attorney and counselor at law in all courts of this state by this Court on, **January 13, 1970**, and appears in good standing upon the roll of attorneys and counselors, and other records, in this office and has registered with the administrative office of the Courts as required by Judiciary Law §468-a.

*IN WITNESS WHEREOF*, I have hereunto set my hand and affixed the seal of this Court, at the City of Rochester, July 8, 2008.



_____
*Clerk of the Court*



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

L. PETER FARKAS

was on the   2ND   day of   JULY, 1970   duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 14, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
**NEWMARKETS PARTNERS LLC,**                                          :   08 CV 4213 (WHP)
   In its own capacity and derivatively,                          :
   As a limited partner in, in the right, and                     :
     For the benefit of:                                     :   **ORDER FOR ADMISSION**
   CAM NEWMARKETS PARTNERS LP,                                    :   **PRO HAC VICE ON**
**TOMOKO TATARA,**                                                    :   **WRITTEN MOTION**
   Individually and derivatively as a member,                     :
     And for the benefit of:                                 :
   NEWMARKETS PARTNERS LLC,                                       :
   In the right and for the benefit of                            :
   CAM NEWMARKETS PARTNERS LP,                                    :
                                                                      :
                        Plaintiffs,                   :
                                                                      :
                  -against-                                  :
                                                                      :
**SAL. OPPENHEIM JR & CIE. S.C.A,**                                   :
**CAM PRIVATE EQUITY CONSULTING &**                                   :
   **VERWALTUNGS GmbH,**                                          :
**BVT BERATUNGS-, VERWALTUNGS- UND**                                  :
   **TREUHANDGESELLSCHAFT FUR**                                   :
   **INTERNATIONALE VERMOGENS-**                                  :
   **ANLAGEN MBH,** and                                           :
**MARIE-FRANCE MATHES,**                                              :
                                                                      :
                        Defendants.                   :
-------------------------------------------------------------------------X

     Upon the motion of Bernard Daskal, attorney for Plaintiffs Newmarkets Partners LLC and Tomoko Tatara and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

|  |  |
|---|---|
| Applicant's Name: | L. Peter Farkas |
| Firm Name: | Farkas + Toikka LLP |
| Address: | 1101 30th Street, N.W., Suite 500 |
| City/State/Zip: | Washington, D.C. 20007 |
| Telephone/Fax: | (202) 337-7200/(202) 337-7808 |
| Email Address: | lpf@farkastoikka.com |

is admitted to practice pro hac vice as counsel for Plaintiffs Newmarkets Partners LLC and Tomoko Tatara in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.


Dated:
New York, New York

_____
United States District/Magistrate Judge

LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018

Attorneys for Plaintiffs Newmarkets Partners LLC and Tomoko Tatara

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**NEWMARKETS PARTNERS LLC,**
    In its own capacity and derivatively,
    As a limited partner in, in the right, and
      For the benefit of:
    CAM NEWMARKETS PARTNERS LP,
and
**TOMOKO TATARA,**
    Derivatively as a member, and
      For the benefit of:
    NEWMARKETS PARTNERS LLC,
    In the right and for the benefit of
      CAM NEWMARKETS PARTNERS LP,

              Plaintiffs,

              -against-

**SAL. OPPENHEIM JR & CIE. S.C.A,**
**CAM PRIVATE EQUITY CONSULTING &**
    **VERWALTUNGS GmbH,** and
**BVT BERATUNGS-, VERWALTUNGS-**
**UND TREUHANDGESELLSCHAFT FUR**
**INTERNATIONALE VERMOGENS-**
**ANLAGEN MBH,** and **MARIE-FRANCE**
**MATHES,**

              Defendants.
                                 X

Civil Action No.: 4213/08

**AFFIDAVIT OF SERVICE**

-----------------------------------------------------------
STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

        CHIMELOZONAM ELI ALLAGOA, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and I reside at 140 WEST 111th STREET, Apt. #3, New York, NEW YORK 10026.

2. On the 31st day of July, 2008, I served a copy of the within **MOTION TO ADMIT COUNSEL PRO HAC VICE AND AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** by depositing true and correct copies of the same, enclosed in post-paid, properly addressed envelopes, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed as follows: :

**Marie-France Mathes**
**2853 Brandywine Street NW**
**Washington D.C. 20008**

CHIMEZOZONAM ELI ALLAGOA

Sworn to before me this
31st day of July, 2008

_____
Notary Public

YOLANDA M. MIRANDA
Notary Public, State of New York
No. 02MI6147571
Qualified in New York County
Commission Expires June 5, 20 10

LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018

Attorneys for Plaintiffs Newmarkets Partners LLC and Tomoko Tatara

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| **NEWMARKETS PARTNERS LLC,**<br>   In its own capacity and derivatively,<br>   As a limited partner in, in the right, and<br>     For the benefit of:<br>   CAM NEWMARKETS PARTNERS LP,<br>and<br>**TOMOKO TATARA,**<br>   Derivatively as a member, and<br>     For the benefit of:<br>   NEWMARKETS PARTNERS LLC,<br>   In the right and for the benefit of<br>   CAM NEWMARKETS PARTNERS LP,<br><br>               Plaintiffs,<br><br>               -against-<br><br>**SAL. OPPENHEIM JR & CIE. S.C.A,**<br>**CAM PRIVATE EQUITY CONSULTING &**<br>   **VERWALTUNGS GmbH,** and<br>**BVT BERATUNGS-, VERWALTUNGS-**<br>**UND TREUHANDGESELLSCHAFT FUR**<br>**INTERNATIONALE VERMOGENS-**<br>**ANLAGEN MBH,** and **MARIE-FRANCE**<br>**MATHES,**<br><br>               Defendants. | Civil Action No.: 4213/08<br><br>**AFFIDAVIT OF SERVICE** |

------------------------------------------------------------X

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

        CHIMELOZONAM ELI ALLAGOA, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and I reside at 140 WEST 111th STREET, Apt. #3, New York, NEW YORK 10026.

2. On the 31st day of July, 2008, I served a copy of the within **MOTION TO ADMIT COUNSEL PRO HAC VICE AND AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** by depositing true and correct copies of the same, enclosed in Worldwide Express, properly addressed envelopes, in an official depository under the exclusive care and custody of the United Parcel Service within the State of New York addressed as follows: :

**BVT Beratungs-, Verwaltungs- und Treuhandgesellschaft
fur Internationale Vermogensanlagen mbH
Leopoldstrasse 7
80802 Munich, Germany**

CHIMELOZONAM ELLA LLAGOA

Sworn to before me this
31st day of July, 2008

_____
Notary Public

YOLANDA M. MIRANDA
Notary Public, State of New York
No. 02MI6147571
Qualified in New York County
Commission Expires June 5, 20 10

LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018

Attorneys for Plaintiffs Newmarkets Partners LLC and Tomoko Tatara

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**NEWMARKETS PARTNERS LLC,**
   In its own capacity and derivatively,
   As a limited partner in, in the right, and
     For the benefit of:
   CAM NEWMARKETS PARTNERS LP,
and
**TOMOKO TATARA,**
   Derivatively as a member, and
     For the benefit of:
   NEWMARKETS PARTNERS LLC,
   In the right and for the benefit of
   CAM NEWMARKETS PARTNERS LP,

              Plaintiffs,

              -against-

**SAL. OPPENHEIM JR & CIE. S.C.A,**
**CAM PRIVATE EQUITY CONSULTING &**
   **VERWALTUNGS GmbH,** and
**BVT BERATUNGS-, VERWALTUNGS-**
**UND TREUHANDGESELLSCHAFT FUR**
**INTERNATIONALE VERMOGENS-**
**ANLAGEN MBH,** and **MARIE-FRANCE**
**MATHES,**

              Defendants.           X
------------------------------------------------------------

Civil Action No.: 4213/08

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                        ) ss.:
COUNTY OF NEW YORK  )

      CHIMELOZONAM ELI ALLAGOA, being duly sworn, deposes and says:

     1.    I am not a party to this action, am over 18 years of age, and I reside at 140 WEST 111th STREET, Apt. #3, New York, NEW YORK 10026.

2. On the 31st day of July, 2008, I served a copy of the within **MOTION TO ADMIT COUNSEL PRO HAC VICE AND AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** by depositing true and correct copies of the same, enclosed in post-paid, properly addressed envelopes, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed as follows: :

**James P. Tallon, Esq.**
**Sherman & Sterling LLP**
**599 Lexington Ave**
**5th Floor**
**New York, New York 10022**

_____
CHIMELOZONAM ELI ALLAGOA

Sworn to before me this
31st day of July, 2008

_____
Notary Public

YOLANDA M. MIRANDA
Notary Public, State of New York
No. 02MI6147571
Qualified in New York County
Commission Expires June 5, 2010