

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NEWMARKETS PARTNERS LLC,
    In its own capacity and derivately;
    As a limited partner in, in the right, and
      For the benefit of:
    CAM NEWMARKETS PARTNERS LP,

TOMOKO TATARA
    Individually and derivatively as a member,
      And for the benefit of:
    NEWMARKETS PARTNERS, LLC,
    In the right and for the benefit of
    CAM NEWMARKETS PARTNERS LP,

           Plaintiffs,

      -against-

SAL. OPPENHEIM JR. & CIE. S.C.A.

CAM PRIVATE EQUITY CONSULTING
    & VERWALTUNGS GmbH,

BVT BERATUNGS-, VERWALTUNGS-
    UND TREUHANDGESELLSCHAFT
    FÜR INTERNATIONALE VERMÖGENS-
    ANLAGEN MBH, and

MARIE-FRANCE MATHES,

           Defendants.
------------------------------------------------------------------X

Case No.: 08 CV 4213 (WHP)

**STIPULATION OF
SUBSTITUTION
OF COUNSEL**

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
8/8/2008

      **IT IS HEREBY STIPULATED AND AGREED** that Biedermann, Reif, Hoenig & Ruff, P.C. be substituted for Shearman & Sterling, LLP as attorneys of record for defendant **CAM Private Equity Consulting Verwaltungs GmbH** in the referenced litigation and that Shearman & Sterling, LLP shall no longer represent nor have any responsibility to represent CAM Private Equity Consulting Verwaltungs GmbH in this matter.

Counsel requests that all pleadings, orders, notices and other materials, including all Electronic Filing notifications, should henceforth be served upon Frederick W. Reif at Biedermann, Reif, Hoenig & Ruff, P.C., 570 Lexington Ave., 16th Floor, New York, NY 10022, telephone number (212) 697-6555, facsimile number (212) 986-3509, email freif@brhr.com .

**STIPULATED AND AGREED** on this 31st day of July, 2008.

BIEDERMANN, REIF, HOENIG & RUFF, P.C.

By: _____
Frederick W. Reif, Esq.   (FR-8465)
freif@brhr.com
Debra Tama, Esq. (DT-2195)
dtama@brhr.com
Peter W. Beadle, Esq. (PB-5045)
pbeadle@brhr.com
Nicole Sullivan, Esq. (NS- 8527)
nsullivan@brhr.com
*Incoming Counsel for Defendant*
*CAM Private Equity Consulting Verwaltungs GmbH*
570 Lexington Avenue, 16th Floor
New York, NY 10022
(212) 697-6555

SHEARMAN & STERLING, LLP

By: _____
James P. Tallon, Esq.
jtallon@shearman.com
*Outgoing Counsel for Defendant*
*CAM Private Equity Consulting Verwaltungs GmbH*
599 Lexington Avenue
New York, NY  10022-6069
(212) 848-4000