UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| **NEWMARKETS PARTNERS LLC**, <br>    In its own capacity and derivatively, <br>    As a limited partner in, in the right, and <br>      For the benefit of: <br> CAM NEWMARKETS PARTNERS LP, <br> **TOMOKO TATARA**, <br>    Individually and derivatively as a member, <br>      And for the benefit of: <br> NEWMARKETS PARTNERS LLC, <br>    In the right and for the benefit of <br>    CAM NEWMARKETS PARTNERS LP, <br><br>                       Plaintiffs, <br><br>            -against- <br><br> **SAL. OPPENHEIM JR & CIE. S.C.A**, <br> **CAM PRIVATE EQUITY CONSULTING &** <br>    **VERWALTUNGS GmbH,** <br> **BVT BERATUNGS-, VERWALTUNGS- UND** <br>    **TREUHANDGESELLSCHAFT FUR** <br>    **INTERNATIONALE VERMOGENS-** <br>    **ANLAGEN MBH**, and <br> **MARIE-FRANCE MATHES**, <br><br>                       Defendants. | 08 CV 4213 (WHP) <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE ON** <br> **<u>WRITTEN MOTION</u>** <br><br>  |

------------------------------------------------------------------------X

    Upon the motion of Bernard Daskal, attorney for Plaintiffs Newmarkets Partners LLC and Tomoko Tatara and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | L. Peter Farkas |
| Firm Name: | Farkas + Toikka LLP |
| Address: | 1101 30th Street, N.W., Suite 500 |
| City/State/Zip: | Washington, D.C. 20007 |
| Telephone/Fax: | (202) 337-7200/(202) 337-7808 |
| Email Address: | lpf@farkastoikka.com |

is admitted to practice pro hac vice as counsel for Plaintiffs Newmarkets Partners LLC and Tomoko Tatara in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/8/2008
New York, New York

                                                    United States District ~~Magistrate~~ Judge
                                                   William H. Pauley III