UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | |
|---|---|
| **NEWMARKETS PARTNERS LLC** : | |
|    In its own capacity and derivatively; : | |
|    As a limited partner in, in the right, and : | |
|     For the benefit of: : | |
|    CAM NEWMARKETS PARTNERS LP, : | Case No. 08 CV 4213 (WHP) |
| : | |
| **TOMOKO TATARA**, : | |
|    Individually and derivatively as a member, : | **ENTRY OF APPEARANCE** |
|     And for the benefit, of: : | |
|    NEWMARKETS PARTNERS, LLC, : | |
|    In the right and for the benefit of : | |
|    CAM NEWMARKETS PARTNERS LP, : | |
| : | |
|         Plaintiffs, : | |
|     vs. : | |
| : | |
| **SAL. OPPENHEIN JR. & CIE. S.C.A.** : | |
| : | |
| **CAM PRIVATE EQUITY CONSULTING** : | |
|   **& VERWALTUNGS GmbH**, : | |
| : | |
| **BVT BERATUNGS-, VERWALTUNGS-** : | |
|   **UND TREUHANDGESELLSCHAFT** : | |
|   **FÜR INTERNATIONALE VERMÖGENS-** : | |
|   **Anlagen MGH**, and, : | |
| : | |
| **MARIE-FRANCE MATHES**, : | |
| : | |
|         Defendants. : | |

---------------------------------------------------------------X

    To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant Marie-France Mathes.  I certify that I am admitted to practice in this Court.

10122 v_01

2

August 12, 2008                                         /s/ Donald R. Dinan
                                                        Donald R. Dinan, Esquire
                                                        SDNY Bar No. DD7985
                                                        Roetzel & Andress, LPA
                                                        1300 Eye Street, N.W.
                                                        Suite 400-East
                                                        Washington, D.C. 20005

10122 v_01                       2