UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

NEWMARKETS PARTNERS LLC                         :
    In its own capacity and derivatively;          :
    As a limited partner in, in the right, and      :
      For the benefit of:                          :
    CAM NEWMARKETS PARTNERS LP,            :    Case No. 08 CV 4213 (WHP)

TOMOKO TATARA,                                  :
    Individually and derivatively as a member,   :  **CONSENT MOTION TO ADMIT**
      And for the benefit, of:                     :  **COUNSEL PRO HAC VICE**
    NEWMARKETS PARTNERS, LLC,             :
    In the right and for the benefit of             :
    CAM NEWMARKETS PARTNERS LP,            :

                Plaintiffs,                         :
        vs.                                       :

SAL. OPPENHEIN JR. & CIE. S.C.A.                :

CAM PRIVATE EQUITY CONSULTING           :
    & VERWALTUNGS GmbH,                     :

BVT BERATUNGS-, VERWALTUNGS-            :
    UND TREUHANDGESELLSCHAFT           :
    FÜR INTERNATIONALE VERMÖGENS-      :
    Anlagen MGH, and,                            :

MARIE-FRANCE MATHES,                       :
                Defendants.                      :
------------------------------------------------------------X

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for
the Southern and Eastern Districts of New York, I, Donald Dinan a member in good standing of
the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

              Applicant's Name:    Gary C. Adler
              Firm Name:       Roetzel & Andress
              Address:           1300 Eye Street, N.W., Suite 400 – East
              City/State/Zip:     Washington, D.C. 20005
              Telephone/Fax"   202.625.0600/202.338.6340
              Email Address:    GAdler@ralaw.com

Gary C. Adler is a member in good standing of the Bar of the States of Maryland and the District of Columbia and there are no pending disciplinary proceedings against Gary C. Adler in any State or Federal Court.

All parties that have appeared consent to the filing of this motion.

Dated:  August 22, 2008

City, State:  Washington, D.C.

Respectfully Submitted,

Donald R. Dinan, Esquire
SDNY Bar No. DD7985
Roetzel & Andress, LPA
1300 Eye Street, N.W.
Suite 400- East
Washington, D.C. 20005

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

| | |
|---|---|
| **NEWMARKETS PARTNERS LLC** : | |
|     In its own capacity and derivatively; : | |
|     As a limited partner in, in the right, and : | |
|       For the benefit of: : | |
|     CAM NEWMARKETS PARTNERS LP, : | Case No. 08 CV 4213 (WHP) |

**NEWMARKETS PARTNERS LLC**
    In its own capacity and derivatively;
    As a limited partner in, in the right, and
      For the benefit of:
    CAM NEWMARKETS PARTNERS LP,    :       Case No. 08 CV 4213 (WHP)

**TOMOKO TATARA,**    :
    Individually and derivatively as a member,   :   **AFFIDAVIT OF DONALD R. DINAN**
    And for the benefit, of:       :   **IN SUPPORT OF CONSENT**
    NEWMARKETS PARTNERS, LLC,      :   **MOTION TO ADMIT COUNSEL**
    In the right and for the benefit of    :   **PRO HAC VICE**
    CAM NEWMARKETS PARTNERS LP,   :
                          :
                Plaintiffs,     :
       vs.                  :

**SAL. OPPENHEIN JR. & CIE. S.C.A.**   :

**CAM PRIVATE EQUITY CONSULTING**
    **& VERWALTUNGS GmbH,**    :

**BVT BERATUNGS-, VERWALTUNGS-**
    **UND TREUHANDGESELLSCHAFT**   :
    **FÜR INTERNATIONALE VERMÖGENS-**  :
    **Anlagen MGH, and,**    :
             :

**MARIE-FRANCE MATHES,**    :
                :
              Defendants.    :

-------------------------------------------------------------X

Donald R. Dinan, being duly sworn, hereby deposes and says as follows:

1.    I am a partner of Roetzel & Andress, LPA, counsel for Defendant Marie-France Mathes ("Defendants") in the above captioned action. I am familiar with the proceedings in this case. I make this statements based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Gary C. Adler as counsel pro hac vice to represent Defendant in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in April 29, 1986. I am also admitted to the bar of this United States District

Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Gary C. Adler since 1991.

4.    Mr. Adler is a partner of Roetzel & Andress, LPA in Washington, D.C.

5.    I have found Mr. Adler to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Gary C. Adler, pro hac vice.

7.    I respectfully, submit a proposed order granting the admission of Gary C. Adler, pro hac vice, which is attached hereto as Exhibit A.


WHEREFORE it is respectfully requested that the motion to admit Gary C. Adler, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated:  August **22**, 2008

City, State:  Washington, D.C.

Respectfully Submitted,

_Donald R. Dinan_
Donald R. Dinan, Esquire
SDNY Bar No. DD7985


District of Columbia: SS
Subscribed and Sworn to before me, **this** 22nd **day of** August , **2008.**

_Keisha Monroe_
NOTARY PUBLIC

```
KEISHA MONROE
NOTARY PUBLIC
DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES MAY 14, 2009
```

(SEAL)



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

GARY C. ADLER

was on the    9TH    day of    DECEMBER, 1988

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on August
20, 2008.

GARLAND PINKSTON, JR., CLERK

By: _N. Charles_
Deputy Clerk

# Court of Appeals
## of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

*I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the nineteenth day of December, 1985,*

## Gary C. Adler

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twentieth day of August, 2008.*

*Bessie M. Decker*

*Clerk of the Court of Appeals of Maryland*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

NEWMARKETS PARTNERS LLC                          :
    In its own capacity and derivatively;        :
    As a limited partner in, in the right, and    :
      For the benefit of:                        :
    CAM NEWMARKETS PARTNERS LP,              :     Case No. 08 CV 4213 (WHP)

TOMOKO TATARA,                                   :
    Individually and derivatively as a member,   :   **ORDER FOR ADMISSION**
      And for the benefit, of:                   :   **PRO HAC VICE**
    NEWMARKETS PARTNERS, LLC,               :   **ON WRITTEN MOTION**
    In the right and for the benefit of           :
    CAM NEWMARKETS PARTNERS LP,              :

              Plaintiffs,     :

      vs.                                         :

SAL. OPPENHEIN JR. & CIE. S.C.A.                 :

CAM PRIVATE EQUITY CONSULTING                    :
    & VERWALTUNGS GmbH,                       :

BVT BERATUNGS-, VERWALTUNGS-                     :
    UND TREUHANDGESELLSCHAFT                 :
    FÜR INTERNATIONALE VERMÖGENS-            :
    Anlagen MGH, and,                        :

MARIE-FRANCE MATHES,                             :
             Defendants.       :

-----------------------------------------------------------X

Upon the motion of Donald R. Dinan attorney for Marie-France Mathes and said sponsor

attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

      Gary C. Adler
      Roetzel & Andress, LPA
      1300 Eye Street, N.W., Suite 400-East
      Washington, D.C. 20005

10047 v_01

202.625.0600/202.338.6340
GAdler@ralaw.com

is admitted to practice pro hac vice as counsel for Defendant Marie-France Mathes in the above

captioned case in the United States District Court for the Southern District of New York.  all

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediate apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.


Dated:  August _____, 2008

City, State:  _____


                                                    _____
                                                    United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

**NEWMARKETS PARTNERS LLC**
    In its own capacity and derivatively;
    As a limited partner in, in the right, and
      For the benefit of:
    CAM NEWMARKETS PARTNERS LP,      :      Case No. 08 CV 4213 (WHP)

**TOMOKO TATARA,**
    Individually and derivatively as a member,  :  **AFFIDAVIT OF SERVICE**
      And for the benefit, of:
    NEWMARKETS PARTNERS, LLC,
    In the right and for the benefit of
    CAM NEWMARKETS PARTNERS LP,

                Plaintiffs,

      vs.

**SAL. OPPENHEIN JR. & CIE. S.C.A.**

**CAM PRIVATE EQUITY CONSULTING**
    **& VERWALTUNGS GmbH,**

**BVT BERATUNGS-, VERWALTUNGS-**
    **UND TREUHANDGESELLSCHAFT**
    **FÜR INTERNATIONALE VERMÖGENS-**
    **Anlagen MGH, and,**

**MARIE-FRANCE MATHES,**

                Defendants.

------------------------------------------------------------X

HILARY J. GARNER, being duly sworn, deposes and says:

1.    I am not a party to this action, am over 18 years of ages, and I reside at 5736 Bradley Blvd., Bethesda, MD 20814.

2.    On the 22nd day of August, 2008, I served a copy of the within **CONSENT MOTION TO ADMIT COUNSEL PRO HAC VICE AND AFFIDAVIT IN SUPPORT OF CONSENT MOTION TO ADMIT COUNSEL PRO HAC VICE** by depositing true and correct copies of the same, enclosed in post-paid, properly addressed

envelopes, in an official depository under the exclusive care and custody of the United States Postal Service within the District of Columbia addressed as follows:

Bernard Daskal, Esquire
Lynch Daskal Emery, LLP
264 West 40th Street
New York, NY 10018

_____
Hilary J. Garner

Sworn to before me this
22nd day of August, 2008

_____

Notary Public

> KEISHA MONROE
> NOTARY PUBLIC
> DISTRICT OF COLUMBIA
> MY COMMISSION EXPIRES MAY 14, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

**NEWMARKETS PARTNERS LLC**
    In its own capacity and derivatively;       :
    As a limited partner in, in the right, and   :
      For the benefit of:                     :
    CAM NEWMARKETS PARTNERS LP,    :    Case No. 08 CV 4213 (WHP)

**TOMOKO TATARA,**                         :
    Individually and derivatively as a member,  :  **AFFIDAVIT OF SERVICE**
      And for the benefit, of:              :
    NEWMARKETS PARTNERS, LLC,       :
    In the right and for the benefit of      :
    CAM NEWMARKETS PARTNERS LP,    :

                Plaintiffs,       :
        vs.                         :

**SAL. OPPENHEIN JR. & CIE. S.C.A.**    :

**CAM PRIVATE EQUITY CONSULTING**  :
    **& VERWALTUNGS GmbH,**        :

**BVT BERATUNGS-, VERWALTUNGS-**  :
    **UND TREUHANDGESELLSCHAFT**   :
    **FÜR INTERNATIONALE VERMÖGENS-** :
    **Anlagen MGH, and,**           :

**MARIE-FRANCE MATHES,**        :
                Defendants.    :
----------------------------------------------------------------X

HILARY J. GARNER, being duly sworn, deposes and says:

1.    I am not a party to this action, am over 18 years of ages, and I reside at 5736 Bradley Blvd., Bethesda, MD 20814.

2.    On the 22nd day of August, 2008, I served a copy of the within **CONSENT MOTION TO ADMIT COUNSEL PRO HAC VICE AND AFFIDAVIT IN SUPPORT OF CONSENT MOTION TO ADMIT COUNSEL PRO HAC VICE** by depositing true and correct copies of the same, enclosed in post-paid, properly addressed

envelopes, in an official depository under the exclusive care and custody of the United States Postal Service within the District of Columbia addressed as follows:

L. Peter Farkas
Farkas & Toikka, LLP
1101 30th Street, N.W.
Washington, D.C. 20007

Hilary J. Garner

Sworn to before me this
22nd day of August, 2008

Notary Public

KEISHA MONROE
NOTARY PUBLIC
DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES MAY 14, 2009

10391 v_01                                    2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

NEWMARKETS PARTNERS LLC                          :
    In its own capacity and derivatively;        :
    As a limited partner in, in the right, and    :
      For the benefit of:                    :
    CAM NEWMARKETS PARTNERS LP,          :    Case No. 08 CV 4213 (WHP)

TOMOKO TATARA,                                    :
    Individually and derivatively as a member,   :  **AFFIDAVIT OF SERVICE**
      And for the benefit, of:               :
    NEWMARKETS PARTNERS, LLC,            :
    In the right and for the benefit of          :
    CAM NEWMARKETS PARTNERS LP,          :
                          :
                Plaintiffs,          :
       vs.                                    :
                          :

SAL. OPPENHEIN JR. & CIE. S.C.A.                 :

CAM PRIVATE EQUITY CONSULTING               :
    & VERWALTUNGS GmbH,                      :

BVT BERATUNGS-, VERWALTUNGS-               :
    UND TREUHANDGESELLSCHAFT               :
    FÜR INTERNATIONALE VERMÖGENS-          :
    Anlagen MGH, and,                            :

MARIE-FRANCE MATHES,                          :
                       :
             Defendants.      :
-------------------------------------------------------------X

HILARY J. GARNER, being duly sworn, deposes and says:

1.    I am not a party to this action, am over 18 years of ages, and I reside at 5736 Bradley Blvd., Bethesda, MD 20814.

2.    On the 22nd day of August, 2008, I served a copy of the within **CONSENT MOTION TO ADMIT COUNSEL PRO HAC VICE AND AFFIDAVIT IN SUPPORT OF CONSENT MOTION TO ADMIT COUNSEL PRO HAC VICE** by depositing true and correct copies of the same, enclosed in post-paid, properly addressed

envelopes, in an official depository under the exclusive care and custody of the United States Postal Service within the District of Columbia addressed as follows:

BVT Beratungs-, Verwaltungs- and Treuhandgesellschaft
fur Internationale Vermogensanlagen mbH
Leopoldstrasse 7
80802 Munich, Germany

_____
Hilary J. Garner

Sworn to before me this
22nd day of August, 2008

_____
Notary Public

KEISHA MONROE
NOTARY PUBLIC
DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES MAY 14, 2009

10120 v_01                              2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

NEWMARKETS PARTNERS LLC                              :
    In its own capacity and derivatively;                :
    As a limited partner in, in the right, and           :
      For the benefit of:                              :
    CAM NEWMARKETS PARTNERS LP,              :    Case No. 08 CV 4213 (WHP)

TOMOKO TATARA,                                       :
    Individually and derivatively as a member,  :  **AFFIDAVIT OF SERVICE**
      And for the benefit, of:                        :
    NEWMARKETS PARTNERS, LLC,                  :
    In the right and for the benefit of                  :
    CAM NEWMARKETS PARTNERS LP,              :

               Plaintiffs,       :
       vs.                                            :

SAL. OPPENHEIN JR. & CIE. S.C.A.                     :

CAM PRIVATE EQUITY CONSULTING                 :
    & VERWALTUNGS GmbH,                          :

BVT BERATUNGS-, VERWALTUNGS-                  :
    UND TREUHANDGESELLSCHAFT              :
    FÜR INTERNATIONAL VERMÖGENS-       :
    Anlagen MGH, and,                               :

MARIE-FRANCE MATHES,                               :
              Defendants.      :
-------------------------------------------------------------X

HILARY J. GARNER, being duly sworn, deposes and says:

1.    I am not a party to this action, am over 18 years of ages, and I reside at 5736 Bradley Blvd., Bethesda, MD 20814.

2.    On the 22nd day of August, 2008, I served a copy of the within **CONSENT MOTION TO ADMIT COUNSEL PRO HAC VICE AND AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** by depositing true and correct copies of the same, enclosed in post-paid, properly addressed envelopes,

10119 v_01

in an official depository under the exclusive care and custody of the United States Postal Service within the District of Columbia addressed as follows:

James P. Tallon, Esq.
Sherman & Sterling, LLP
599 Lexington Avenue
5th Floor
New York, NY 10022

Hilary J. Garner

Sworn to before me this
22nd day of August, 2008

Notary Public

KEISHA MONROE
NOTARY PUBLIC
DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES MAY 14, 2009