UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/08

NEWMARKETS PARTNERS LLC                         :
    In its own capacity and derivatively;        :
    As a limited partner in, in the right, and   :
      For the benefit of:                       :
    CAM NEWMARKETS PARTNERS LP,                  :   Case No. 08 CV 4213 (WHP)
                                                 :
TOMOKO TATARA,                                  :
    Individually and derivatively as a member,   :   **ORDER FOR ADMISSION**
      And for the benefit, of:                  :   **PRO HAC VICE**
    NEWMARKETS PARTNERS, LLC,                    :   **ON WRITTEN MOTION**
    In the right and for the benefit of          :
    CAM NEWMARKETS PARTNERS LP,                  :

                Plaintiffs,    :
    vs.                                          :

SAL. OPPENHEIN JR. & CIE. S.C.A.                :

CAM PRIVATE EQUITY CONSULTING                   :
    & VERWALTUNGS GmbH,                          :

BVT BERATUNGS-, VERWALTUNGS-                    :
    UND TREUHANDGESELLSCHAFT                    :
      FÜR INTERNATIONALE VERMÖGENS-            :
    Anlagen MGH, and,                            :

MARIE-FRANCE MATHES,                            :

                Defendants.    :
------------------------------------------------------------X

Upon the motion of Donald R. Dinan attorney for Marie-France Mathes and said sponsor

attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

    Gary C. Adler
    Roetzel & Andress, LPA
    1300 Eye Street, N.W., Suite 400-East
    Washington, D.C. 20005

10047 v_01

202.625.0600/202.338.6340
GAdler@ralaw.com

is admitted to practice pro hac vice as counsel for Defendant Marie-France Mathes in the above captioned case in the United States District Court for the Southern District of New York. all attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediate apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 29, 2008

City, State: New York, NY

_____
United States District/~~Magistrate~~ Judge